MYRL R. HOWE, Respondent, v. ROBERT E. HOWE, Appellant.

Submitted October 6, 1952; decided October 9, 1952.

*John J. Mahon* for motion.
*Ryan and Kaplan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the motion in the Appellate Division for leave to appeal to the Court of Appeals was not timely made. (See *Eagle* v. *City of New York*, 298 N. Y. 792.)